# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Closer I Get To You a/k/a The Closer I Get To You |
| Line 3 | Writer(s) | James Mtume; Reggie Lucas |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony ATV Melody |
| Line 5 | Date(s) of Registration | 2/23/78   4/3/78 |
| Line 6 | Registration No(s). | PAu 13-161   PA 18-297 |
| Line 7 | Date(s) of Infringement | 8/25/10 |
| Line 8 | Place of Infringement | Tina's |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Having A Party |
| Line 3 | Writer(s) | Sam Cooke |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. |
| Line 5 | Date(s) of Registration | 3/15/90   5/15/62 |
| Line 6 | Registration No(s). | RE 475-465   Eu 719894 |
| Line 7 | Date(s) of Infringement | 8/25/10 |
| Line 8 | Place of Infringement | Tina's |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Killing Me Softly With His Song |
| Line 3 | Writer(s) | Norman Gimbel; Charles Fox |
| Line 4 | Publisher Plaintiff(s) | Fox-Gimbel Productions, Inc.; Charles Fox, an individual d/b/a Rodali Music |
| Line 5 | Date(s) of Registration | 6/22/72   4/20/79 |
| Line 6 | Registration No(s). | Eu 339027   PA 32-304 |
| Line 7 | Date(s) of Infringement | 8/25/10 |
| Line 8 | Place of Infringement | Tina's |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Wishin' On A Star |
| Line 3 | Writer(s) | Billie Calvin |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Norman Whitfield, an individual d/b/a May Twelfth Music |
| Line 5 | Date(s) of Registration | 8/29/77   4/10/78   5/1/78 |
| Line 6 | Registration No(s). | Eu 820269   PA 7-546   PA 3-901 |
| Line 7 | Date(s) of Infringement | 8/25/10 |
| Line 8 | Place of Infringement | Tina's |